UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:87CR00028-001(BO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| DENNIS IVAN GREEN, | ) | |

It now appearing to the court that the said Dennis Ivan Green died on or about January 26, 2010. At which time a remaining liability existed in the amount of $25,285.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 30 day of August, 2012.

Terrence W. Boyle
U.S. District Court Judge